# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LEE CHARLES MILLSAP, JR.
ADC #113121                                                                                          PETITIONER

VS.                                     5:11CV00152 JMM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2), is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

Dated this __7__ day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE